

# In the Missouri Court of Appeals
# Eastern District

OCTOBER 28, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED99993    STATE OF MISSOURI, RES V HORACE CARTER, APP

2.  ED100030 CLARK & SONS EXC. APP V. JACKSON AREA BASEBALL RES

3.  ED100419 KELVIN NEWLON, APP V. STATE OF MISSOURI, RES

4.  ED100666 MICHAEL T. HAYWOOD, APP V. STATE OF MISSOURI, RES

5.  ED100792 PDI GROUP, RES V JOHN MCLAIN INC, DFT & DESCO, APP

6.  ED100868 SYLVESTER EARVIN, APP V STATE OF MISSOURI, RES

7.  ED100940 NICHOLAS FINOCCHIARO, APP V STATE OF MISSOURI, RES

8.  ED101016 SPELLMAN BRADY CO RES V SILVER CROSS HOSP APP